UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANTHONY LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.   2:16-cv-00463-GZS |
| ) | |
| YORK COUNTY SHERIFF, ) | |
| ) | |
| Defendant ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 8) filed October 31, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** Plaintiff's Complaint (ECF No. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2) and 28 U.S.C. §1915A(a).

                                        _/s/ George Z. Singal_  
                                        United States District Judge

Dated this 16th day of December, 2016.